**Dismissed and Memorandum Opinion filed August 28, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00270-CV

## OSAIGBOVA NEHIKHARE, Appellant

## V.

## CREEKSIDE COMMUNITY ASSOCIATION, INC., Appellee

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-39356**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 20, 2015. The clerk's record was filed May 20, 2015. No reporter's record was taken. No brief was filed.

On July 2, 2015, this court issued an order stating that unless appellant submitted a brief on or before August 3, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Donovan.